

# IN THE
## TENTH COURT OF APPEALS

### No. 10-23-00226-CV

**JESUS RODRIGUEZ,**

                                                            **Appellant**

 **v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, NISTICO, CROUCH & KESSLER, P.C., MICHAEL L. TIPSORD, GUSTAVO HERNANDEZ, DIANA K. BARNES AND COPART CORPORATION,**

                                                            **Appellees**

---

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 2029658**

---

## MEMORANDUM OPINION

---

On July 28, 2023, Jesus Rodriguez filed what appears to be an appeal from the interlocutory orders that were signed on June 16, 2023, including an order denying a motion to recuse the trial court judge. However, this Court has no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. §

51.012. And none of the exceptions to the rule that only final judgments can be appealed applies in this case. *See id.* § 51.014 (listing interlocutory orders that may be appealed before final judgment is rendered in the case); TEX. R. CIV. P. 18a(j)(1)(A) ("An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment.").

By letter dated August 3, 2023, the Clerk of this Court notified the parties that this appeal was subject to dismissal because it appeared that there was no final judgment. The Clerk of the Court notified the parties that the Court may dismiss this appeal unless, within fourteen days of the date of the letter, a response was filed showing grounds for continuing the appeal.

No response has been received. Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Dismissed
Opinion delivered and filed August 30, 2023
[CV06]

